# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.             4:13CR000193 BSM

ROBERT BOWERS

## ORDER

On July 15, 2013, Defendant was served with a Summons to appear for his Plea and Arraignment, which is set for July 25, 2013.[1] Defendant has contacted the Court's staff and requested a continuance due to health and transportation problems. The Government has informed the Court that it does not object to the requested continuance.

The Court will grant Defendant's request and continue Plea and Arraignment to August, 2013. A new Summons will issue for his appearance once his Plea and Arraignment is reset.

IT IS SO ORDERED this 17th day of July, 2013.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant is charged with the receipt and possession of child pornography. (Docket entry #1).