# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                  NO. 4:13CR00193 BSM

ROBERT BOWERS                                           DEFENDANT

## ORDER

Defendant Robert Bowers ("Bowers") is hereby ordered to appear before United States Magistrate Judge Beth Deere for a plea and arraignment. The plea and arraignment will be conducted beginning at 10:00 a.m. on September 26, 2013, in Courtroom 1D of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. The Clerk of the Court shall issue a summons for Bowers. The summons shall contain the date, time, and place of the plea and arraignment.

IT IS SO ORDERED this ___31___ day of July, 2013.

                                                   UNITED STATES MAGISTRATE JUDGE