IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                    NO. 4:13CR00193-BSM

ROBERT BOWERS                                                     DEFENDANT

## ORDER

Due to a scheduling conflict, the plea and arraignment hearing in this case is rescheduled from September 26, 2013, to September 24, 2013, beginning at 10:00 a.m. Defendant Robert Bowers is ordered to appear for the hearing in Courtroom 1D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, before United States Magistrate Judge Beth Deere. The Clerk of the Court is directed to re-issue a summons for Mr. Bowers's appearance on September 24, 2013, at 10:00 a.m.

IT IS SO ORDERED this 19th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE